UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELINDA BRELAND | CIVIL ACTION |
| VERSUS | NO. 16-30 |
| WOODHOUSE DAY SPA ET AL. | SECTION "H" (2) |

## PARTIAL DISMISSAL ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Woodhouse SPAS Corporation is hereby **GRANTED** and plaintiff's claims against Woodhouse SPAS Corporation only, incorrectly named in the complaint as Woodhouse Day Spa Corporation or Woodhouse Day Spa, are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___19th___ day of _____May_____, 2016.

_____
UNITED STATES DISTRICT JUDGE